AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Julio Cesar Gonzalez-Hernandez *Principal*
YOB: 1989

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

United States Courts Southern
Mexico District of Texas
FILED
*January 4, 2022*
Nathan Ochsner, Clerk of Court

Case Number:
**M-22-0006-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 03, 2022** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Omar Trinidad Orozco-Alca, citizen and national of Guatemala, Jose Armando Valles-Perez, citizen and national of Mexico, and Samuel Antonio De Paz-Menendez, citizen and national of El Salvador, along with ten (10) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit; a residence located in Weslaco, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

Border Patrol Agents received information, indicating a residence in Weslaco, Texas, was being utilized to harbor undocumented aliens. Agents also received information identifying, Julio Cesar Gonzalez-Hernandez, as being involved in illicit activity.

On January 3, 2022, Border Patrol Agents were conducting surveillance at the location of interest when they observed a blue Chevrolet Suburban leaving the house. The driver of the Suburban appeared to be the subject of interest, Julio Cesar Gonzalez-Hernandez. Agents coordinated with Texas Department of Public Safety (DPS) to conduct a vehicle stop for a traffic violation. The vehicle failed to yield, and a pursuit ensued. After driving erratically through a neighborhood, the vehicle stopped, and the driver and passenger fled. After a brief foot chase, both subjects were apprehended.

The passenger, determined to be citizen of Mexico illegally present in the United Sates, stated there were several other illegal aliens being harbored at the residence. In addition, the driver, identified as Julio Cesar Gonzalez-Hernandez, admitted to being a citizen of Mexico illegally present in the United States. Gonzalez-Hernandez also claimed to be renting the residence and granted Agents consent to enter.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

**Complaint authorized by AUSA Laura Garcia**

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

January 04, 2022    6:54 PM
Date

Nadia S. Medrano          , U. S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Christian Salmon
Signature of Complainant

Christian Salmon          Border Patrol Agent
Printed Name of Complainant

at McAllen, Texas
City and State

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

#### M-22-0006-M

**RE:** **Julio Cesar Gonzalez-Hernandez**

**CONTINUATION:**

Once at the residence, Agents observed thirteen (13) subjects under a carport attempt to flee once observing the Agents. The thirteen (13) subjects were apprehended thereafter and determined to be illegally present in the United States.

**PRINCIPAL STATEMENT:**
Julio Cesar Gonzalez-Hernandez, a citizen and national of Mexico, was advised of his Miranda Rights, stated he understood his Rights, and refused to provide a statement.

**MATERIAL WITNESS STATEMENT 1:**
Omar Trinidad Orozco-Alca, a citizen and national of Guatemala, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Orozco-Alca claimed he paid $2,500 to be illegally smuggled into the United States. Orozco-Alca stated he crossed the Rio Grande River, by raft, along with eight (8) other people. After being picked up, he was taken to a house where he stayed for nine (9) days, until being apprehended. Orozco-Alca said he heard people calling the caretaker "El Siete". Orozco-Alca stated Gonzalez-Hernandez appeared to be in charge because he was giving commands to everyone.

Orozco-Alca identified Julio Cesar Gonzalez-Hernandez, through a photo lineup as "El Siete" and the person brought food and supplies.

**MATERIAL WITNESS STATEMENT 2:**
Jose Armando Valles-Perez, a citizen and national of Mexico, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Valles stated he crossed the Rio Grande River in November of 2021 along with fourteen (14) other subjects. He said they were then taken to a house where he stayed for fifteen (15) to twenty (20) days. Valles stated he was taken to a ranch where he stayed for thirty (30) days, until he was apprehended. Valles stated the ranch caretaker's name was "Julio", but everyone would call him "Siete". Julio would deliver everyone food in a blue Chevrolet Surban.

Valles positively identified Julio Cesar Gonzalez-Hernandez, through a photo lineup, as "Siete" the man who oversaw the ranch.

**MATERIAL WITNESS STATEMENT 3:**
Samuel Antonio De Paz-Menendez, a citizen and national of El Salvador, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

De Paz made his own smuggling arrangements and has paid $10,500 to be smuggled into the United States. De Paz crossed the Rio Grande River twenty (20) days ago, by raft, along with ten (10) other subjects. The group was transported to the warehouse where he was later encountered. De Paz added "Siete" would deliver food every three (3) to four (4) days.

De Paz positively identified Julio Cesar Gonzalez-Hernandez, through a photo lineup, as "Siete".